Dismissed and Memorandum Opinion filed January 31, 2008








Dismissed
and Memorandum Opinion filed January 31, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00883-CV

____________

 

IN THE INTEREST OF J.R.M., a child

 

 



 

On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 92-11993

 



 

M E M O R A N D U M   O P I N I O N








The
Office of the Attorney General filed a restricted appeal from the trial court=s order signed April 5, 2007,
asserting it was a necessary party to the child support enforcement action
pursuant to an assignment of child support arrearages.  On January 25, 2008,
appellant filed a motion to dismiss the appeal because it determined that a
restricted appeal is not available to challenge the trial court=s order.  See Tex. R. App. P. 42.1.  The Office of
the Attorney General was not named as a party or otherwise served with citation
or notice, and it is not in privity with a party; therefore, its remedy is to
seek an equitable bill of review rather than a restricted appeal.  See Gunn
v. Cavanaugh, 391 S.W.2d 723, 724-27 (Tex. 1965).  The motion to dismiss is
granted.  

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
31, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.